IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MARJORY JOHNS and JOANNE MANCHA,<br><br>Plaintiffs,<br><br>vs.<br><br>ILLINOIS FARMERS INSURANCE COMPANY,<br><br>Defendant. | No. CV-20-06-H-SEH<br><br>ORDER |

This action was commenced on January 21, 2020.[1] Defendant moved to dismiss on Fed. R. Civ. P. 12(b)(2) grounds on March 3, 2020.[2] On April 17, 2020, Plaintiffs filed an Amended Complaint and Demand for Jury Trial.[3] Defendant responded with a renewed Motion to Dismiss on May 1, 2020.[4]

---

[1] *See* Doc. 1.

[2] Doc. 6.

[3] Doc. 8.

[4] Doc. 9.

ORDERED:

Defendant's March 3, 2020, Motion to Dismiss[5] having been subsumed by the filing of the Amended Complaint, is DENIED as MOOT. The Court will address the renewed Motion to Dismiss[6] when briefing on issues presented is complete.

DATED this 13th day of May, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Court

---

[5] Doc. 6.

[6] Doc. 9.