IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MARJORY JOHNS and JOANNE MANCHA,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>ILLINOIS FARMERS INSURANCE COMPANY,<br><br>　　　　　　　　　　Defendant. | No. CV-20-06-H-SEH<br><br>ORDER |

On May 1, 2020, Defendant filed a Motion to Dismiss for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2).[1] Briefs in support and in opposition were filed.[2]

The briefs do not address whether Mont. R. Civ. P. 4(b)(1)(B) has application to or is determinative of the issues before the Court.

---

[1] Doc. 9.

[2] Docs. 10, 13.

ORDERED:

Each party shall have to and including June 12, 2020, in which to file a brief in support of its position as to the application of Mont. R. Civ. P. 4(b)(1)(B) to the personal jurisdiction issue before the Court. Optional response briefs may be filed on or before June 19, 2020.

DATED this 29th day of May, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Court