IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MARJORY JOHNS and JOANNE MANCHA,<br><br>    Plaintiffs,<br><br>vs.<br><br>ILLINOIS FARMERS INSURANCE COMPANY,<br><br>    Defendant. | No. CV-20-06-H-SEH<br><br>**ORDER** |

The United States Supreme Court decided and issued its opinion in *Ford Motor Co. v. Montana Eight Judicial District Court et al.*[1] on March 25, 2021. Proceedings in this Court had been stayed by Order of July 29, 2020,[2] pending resolution of the *Ford Motor Co.* case.

ORDERED:

1.   The Court's stay Order of July 29, 2020, is VACATED.

2.   The parties are to meet and confer and submit to the Court for its consideration, on or before April 23, 2021, a proposed pretrial schedule, stipulated

---

[1] *Ford Motor Co. v. Montana Eight Judicial District Court et al*, No. 19-368 (U.S. March 25, 2021).

[2] Doc. 24.

as to form and content, that will recommend deadlines for filings to address matters appropriate for pre-trial consideration, including (a) pending 12(b)(2) motion to dismiss,[3] (b) submission of preliminary pre-trial statements,[4] (c) amendments to pleadings, (d) disclosures of experts, (e) close of discovery, (f) filing, briefing, and submission of motions feasible for pre-trial resolution, (g) attorneys' conference to complete and submit a proposed pre-trial order, and (h) filing of a proposed pre-trial order.

3.  Date, time, and location of the preliminary pre-trial conference will be set by separate order of Court.

DATED this 15th day of April, 2021.

SAM E. HADDON
United States District Court

---

[3] Doc. 9.

[4] *See* Local Rule 16.2(b).