# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| MARJORY JOHNS and JOANNE MANCHA, | |
| Plaintiffs, | No. CV-20-06-H-SEH |
| vs. | **ORDER** |
| ILLINOIS FARMERS INSURANCE COMPANY, | |
| Defendant. | |

On April 28, 2021, the Court issued a Scheduling Order[1] that required, among other things, that, on or before May 28, 2021, the parties file supplemental briefs related to the pending 12(b)(2) motion to dismiss.[2]

Defendant filed a timely supplemental brief.[3] Plaintiff did not.

ORDERED:

Plaintiff shall, on or before **June 4, 2021,** by **4:45 p.m.,** file a supplemental

---

[1] *See* Doc. 29.

[2] *See* Docs. 29 at 2 and 9.

[3] *See* Doc. 30.

brief directed to the pending 12(b)(2) motion as required by the Court's April 28, 2021, Order.

DATED this 1st day of June, 2021.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Court